UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDLJEBER ABUBEKER KASIM, | Case No.: 3:25-cv-3673-CAB-MSB |
| Petitioner, | |
| v. | **ORDER DISMISSING CASE** |
| CHRISTOPHER J. LAROSE, et al., | [Doc. No. 1] |
| Respondents. | |

Petitioner Abdljeber Abubeker Kasim filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. [Doc. No. 1 ("Petition").] After Respondents acknowledged that pursuant to the final judgment in *Maldonado Bautista v. Noem*, No. 5:25-CV-01873-SSS-BFM, Petitioner was detained under 8 U.S.C. § 1226(a), this Court ordered a bond hearing pursuant to § 1226(a) and its associated regulations. [Doc. No. 6.] Petitioner subsequently received a bond hearing on January 30, 2026. [Doc. No. 10.] The Judge granted bond in the amount of $3,500, subject to alternatives to detention at the discretion of the Department of Homeland Security. [*Id.*] Petitioner has filed no objection to the outcome of the bond hearing.[1]

---

[1] And even if Petitioner had, the Ninth Circuit has explained that pursuing habeas review of an immigration judge's adverse bond determination before appealing to the BIA is "improper" and

The Court therefore **DISMISSES** the case.  The Clerk of the Court shall close the case.

It is **SO ORDERED**.

Dated:  February 12, 2026

_____
Hon. Cathy Ann Bencivengo
United States District Judge

---

Petitioner should "exhaust[] administrative remedies by appealing to the BIA before asking the federal district court to review the IJ's decision." *Leonardo v. Crawford*, 646 F.3d 1157, 1160 (9th Cir. 2011).

3:25-cv-3673-CAB-MSB